LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
1544 Old Alabama Road
<u>Roswell,  GA 30076</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

January 12, 2021

Clerk, United States Bankruptcy Court
P. O. Box 908
Third and Walnut streets
Harrisburg, PA 17108-0908

## REQUEST FOR SERVICE OF NOTICES

RE:

| | |
|---|---|
| Debtor | Omer Albert Higley |
| Case Number | 19-00679 |
| Chapter | 13 |
| Secured Creditor | Shellpoint Mortgage Servicing |
| Loan Number | XXXXXX5318 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Shellpoint Mortgage Servicing
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.   If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Melissa Licker
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
1544 Old Alabama Road
Roswell, GA   30076
Phone: 732-902-5384
Email: Melissa.Licker@mccalla.com
Attorney Bar No:

NOA