**Fill in this information to identify the case:**

Debtor 1      Omer Albert Higley

Debtor 2

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number :   1:19-bk-00679-HWV

## Form 4100R

# Response to Notice of Final Cure Payment

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** <u>NewRez LLC d/b/a Shellpoint Mortgage Servicing</u>

**Court claim no.** <u>7</u>
(if known):

**Last 4 digits** of any number you use to identify the debtor's account: <u>5318</u>

**Property Address:** <u>2747 Horseshoe Pike</u>
<u>Palmyra, PA 17078</u>

## Part : 2 Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) Is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:       (a) $ <u>3,236.46</u>

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ <u>-937.41</u> Suspense

c. **Total**. Add lines a and b.       (c) $ <u>2,299.05</u>

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:      2022-12-01

## Part 4:  Itemized Payment History

If the creditor disagrees in Party 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

_/S/ Christopher Giacinto_         Date  02/21/2023
Signature

Print:    Christopher Giacinto      Title  Authorized Agent for Creditor

Company    Padgett Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    6267 Old Water Oak Road, Suite 203

                  Tallahassee FL, 32312

Contact phone    (850) 422-2520    Email    plginquiries@padgettlawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG

IN RE: OMER ALBERT HIGLEY

             Debtor(s)

_____/

No: 1:19-bk-00679-HWV
CHAPTER 13

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties

on the attached Service List by electronic service and/or by First Class U.S. Mail on this the   21st   day of

February, 2023.


                          /S/ Christopher Giacinto

                        _____

                        Christopher Giacinto
                        PADGETT LAW GROUP
                        6267 Old Water Oak Road, Suite 203
                        Tallahassee, FL 32312
                        (850) 422-2520 (telephone)
                        (850) 422-2567 (facsimile)
                        plginquiries@padgettlawgroup.com
                        *Authorized Agent for Creditor*

## <u>SERVICE LIST (CASE NO. 1:19-bk-00679-HWV)</u>

Debtor
Omer Albert Higley
2747 Horseshoe Pike
Palmyra, PA 17078


Attorney
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111


Trustee
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

| Debtor | Highley |
|---|---|
| Account # | |
| Case # | 19-00679 |
| Filing Date | 2/18/2019 |
| First Post Due Date | 3/1/2019 |
| Post Admin Claim? | No |
| Post Admin Start | |
| As of | |

| Payment Changes | Eff Date | P & I | Escrow | Other | Total | Was PCN/POC filed? | Was the Change Higher? |
|---|---|---|---|---|---|---|---|
| POC | 3/1/2019 | $ 704.80 | $ 339.22 | $ - | $ 1,044.02 | Yes | N/A |
| Change #1 | 12/1/2019 | $ 704.80 | $ 350.20 | $ - | $ 1,055.00 | Yes | Yes |
| Change #2 | 11/1/2020 | $ 704.80 | $ 350.77 | $ - | $ 1,055.57 | Yes | Yes |
| Change #3 | 3/1/2021 | $ 704.80 | $ 339.22 | $ - | $ 1,044.02 | Yes | No |
| Change #4 | 11/1/2021 | $ 704.80 | $ 362.77 | $ - | $ 1,067.57 | Yes | Yes |
| Change #5 | 11/1/2022 | $ 704.80 | $ 374.02 | $ - | $ 1,078.82 | Yes | Yes |
| Change #6 | | $ - | $ - | $ - | $ - | Yes | |
| Change #7 | | $ - | $ - | $ - | $ - | Yes | |
| Change #8 | | $ - | $ - | $ - | $ - | Yes | |
| Change #9 | | $ - | $ - | $ - | $ - | Yes | |
| Change #10 | | $ - | $ - | $ - | $ - | Yes | |
| Change #11 | | $ - | $ - | $ - | $ - | Yes | |
| Change #12 | | $ - | $ - | $ - | $ - | Yes | |
| Change #13 | | $ - | $ - | $ - | $ - | Yes | |
| Change #14 | | $ - | $ - | $ - | $ - | Yes | |
| Change #15 | | $ - | $ - | $ - | $ - | Yes | |

| | Amounts Due P & I | Escrow | Total | Date Post Pmts Received | Amt Received | Difference | Date Pre Pmts Received | Arrears Pmts | Payments Due | Pymt Amts Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar-19 | 704.80 | 339.22 | 1044.02 | 02/25/2019 | 530.00 | 514.02 | | 0.00 | | |
| Apr-19 | 704.80 | 339.22 | 1044.02 | 03/05/2019 | 530.00 | 514.02 | | 0.00 | | |
| May-19 | 704.80 | 339.22 | 1044.02 | 03/21/2019 | 500.00 | 544.02 | | 0.00 | | |
| Jun-19 | 704.80 | 339.22 | 1044.02 | 04/19/2019 | 500.00 | 544.02 | | 0.00 | | |
| Jul-19 | 704.80 | 339.22 | 1044.02 | 05/06/2019 | 600.00 | 444.02 | | 0.00 | | |
| Aug-19 | 704.80 | 339.22 | 1044.02 | 05/21/2019 | 500.00 | 544.02 | | 0.00 | | |
| Sep-19 | 704.80 | 339.22 | 1044.02 | 06/25/2019 | 20.00 | 1024.02 | | 0.00 | | |
| Oct-19 | 704.80 | 339.22 | 1044.02 | 07/22/2019 | 1,050.00 | -5.98 | | 0.00 | | |
| Nov-19 | 704.80 | 339.22 | 1044.02 | 07/25/2019 | 1,040.00 | 4.02 | | 0.00 | | |
| Dec-19 | 704.80 | 350.20 | 1055.00 | 10/18/2019 | 60.00 | 995.00 | | 0.00 | | |
| Jan-20 | 704.80 | 350.20 | 1055.00 | 10/31/2019 | 2,200.00 | -1145.00 | | 0.00 | | |
| Feb-20 | 704.80 | 350.20 | 1055.00 | 11/21/2019 | 1,060.00 | -5.00 | | 0.00 | | |
| Mar-20 | 704.80 | 350.20 | 1055.00 | 01/03/2020 | 1,060.00 | -5.00 | | 0.00 | | |
| Apr-20 | 704.80 | 350.20 | 1055.00 | 03/28/2020 | 1,044.02 | 10.98 | | 0.00 | | |
| May-20 | 704.80 | 350.20 | 1055.00 | 03/28/2020 | 1,044.02 | 10.98 | | 0.00 | | |
| Jun-20 | 704.80 | 350.20 | 1055.00 | 03/28/2020 | 111.96 | 943.04 | | 0.00 | | |
| Jul-20 | 704.80 | 350.20 | 1055.00 | 04/23/2020 | 1,044.02 | 10.98 | | 0.00 | | |
| Aug-20 | 704.80 | 350.20 | 1055.00 | 04/23/2020 | 55.98 | 999.02 | | 0.00 | | |
| Sep-20 | 704.80 | 350.20 | 1055.00 | 05/27/2020 | 1,044.02 | 4.02 | | 0.00 | | |
| Oct-20 | 704.80 | 350.20 | 1055.00 | 05/27/2020 | 55.98 | 999.02 | | 0.00 | | |
| Nov-20 | 704.80 | 350.77 | 1055.57 | 07/16/2020 | 737.65 | 317.92 | | 0.00 | | |
| Dec-20 | 704.80 | 350.77 | 1055.57 | 07/16/2020 | 1,044.02 | 11.55 | | 0.00 | | |
| Jan-21 | 704.80 | 350.77 | 1055.57 | 08/21/2020 | 1,055.00 | 0.57 | | 0.00 | | |
| Feb-21 | 704.80 | 350.77 | 1055.57 | 08/21/2020 | 15.00 | 1040.57 | | 0.00 | | |
| Mar-21 | 704.80 | 339.22 | 1044.02 | 09/21/2020 | 1,055.00 | -10.98 | | 0.00 | | |
| Apr-21 | 704.80 | 339.22 | 1044.02 | 09/21/2020 | 15.00 | 1029.02 | | 0.00 | | |
| May-21 | 704.80 | 339.22 | 1044.02 | 11/12/2020 | 550.00 | 494.02 | | 0.00 | | |
| Jun-21 | 704.80 | 339.22 | 1044.02 | 11/25/2020 | 400.00 | 644.02 | | 0.00 | | |
| Jul-21 | 704.80 | 339.22 | 1044.02 | 12/22/2020 | 1,055.00 | -10.98 | | 0.00 | | |
| Aug-21 | 704.80 | 339.22 | 1044.02 | 12/22/2020 | .77 | 1043.45 | | 0.00 | | |
| Sep-21 | 704.80 | 339.22 | 1044.02 | 12/22/2020 | 19.43 | 1024.59 | | 0.00 | | |
| Oct-21 | 704.80 | 339.22 | 1044.02 | 01/15/2021 | 1,055.00 | -10.98 | | 0.00 | | |
| Nov-21 | 704.80 | 362.77 | 1067.57 | 01/15/2021 | 1,005.65 | 61.92 | | 0.00 | | |
| Dec-21 | 704.80 | 362.77 | 1067.57 | 01/15/2021 | 1,055.00 | 12.57 | | 0.00 | | |
| Jan-22 | 704.80 | 362.77 | 1067.57 | 01/15/2021 | 20.00 | 1047.57 | | 0.00 | | |
| Feb-22 | 704.80 | 362.77 | 1067.57 | 02/08/2021 | 1,055.00 | 12.57 | | 0.00 | | |
| Mar-22 | 704.80 | 362.77 | 1067.57 | 02/08/2021 | 5.00 | 1062.57 | | 0.00 | | |
| Apr-22 | 704.80 | 362.77 | 1067.57 | 03/08/2021 | 111.47 | 956.10 | | 0.00 | | |
| May-22 | 704.80 | 362.77 | 1067.57 | 03/08/2021 | .77 | 1067.00 | | 0.00 | | |
| Jun-22 | 704.80 | 362.77 | 1067.57 | 03/08/2021 | 1,055.00 | 12.57 | | 0.00 | | |
| Jul-22 | 704.80 | 362.77 | 1067.57 | 04/04/2021 | .57 | 1067.00 | | 0.00 | | |
| Aug-22 | 704.80 | 362.77 | 1067.57 | 04/04/2021 | .57 | 1067.00 | | 0.00 | | |
| Sep-22 | 704.80 | 362.77 | 1067.57 | 04/04/2021 | 4.43 | 1074.39 | | 0.00 | | |
| Oct-22 | 704.80 | 374.02 | 1078.82 | 05/06/2021 | 1,055.57 | 23.25 | | 0.00 | | |
| Nov-22 | 704.80 | 374.02 | 1078.82 | 05/06/2021 | 4.43 | 1074.39 | | 0.00 | | |
| Dec-22 | 704.80 | 374.02 | 1078.82 | 06/06/2021 | 1,055.57 | 23.25 | | 0.00 | 12/1/2022 | 1078.82 |
| Jan-23 | 704.80 | 374.02 | 1078.82 | 06/06/2021 | 4.43 | 1074.39 | | 0.00 | 1/1/2023 | 1078.82 |
| Feb-23 | 704.80 | 374.02 | 1078.82 | 06/06/2021 | 1,055.57 | 23.25 | | 0.00 | 2/1/2023 | 1078.82 |
| 0.00 | 0.00 | 0.00 | | 07/09/2021 | 4.43 | -4.43 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 07/09/2021 | 4.43 | -4.43 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 08/12/2021 | 1,055.57 | -1055.57 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 08/12/2021 | 4.43 | -4.43 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 09/20/2021 | 1,036.45 | -1036.45 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 09/20/2021 | 23.55 | -23.55 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 10/07/2021 | 1,036.45 | -1036.45 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 10/07/2021 | 23.55 | -23.55 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 11/08/2021 | 1,044.02 | -1044.02 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 11/08/2021 | 23.55 | -23.55 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 11/08/2021 | 2.43 | -2.43 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 12/05/2021 | 1,044.02 | -1044.02 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 12/05/2021 | 23.55 | -23.55 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 12/05/2021 | 2.43 | -2.43 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 01/15/2022 | 1,044.02 | -1044.02 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 01/15/2022 | 23.55 | -23.55 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 01/15/2022 | 2.43 | -2.43 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 03/06/2022 | 1,070.00 | -1070.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 04/05/2022 | 805.00 | -805.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 05/16/2022 | 550.00 | -550.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 06/08/2022 | 550.00 | -550.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 06/23/2022 | 1,070.00 | -1070.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 08/23/2022 | 1,070.00 | -1070.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 09/22/2022 | 1,070.00 | -1070.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 11/30/2022 | 3,400.00 | -3400.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | 12/20/2022 | 1,660.00 | -1660.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | | .00 | 0.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | Pro-Rated | 112.76 | -112.76 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | .00 | 0.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | .00 | 0.00 | | 0.00 | | |
| 0.00 | 0.00 | 0.00 | | .00 | 0.00 | | 0.00 | | |
| $ 33,830.40 | $ 16,871.34 | $ 50,701.74 | Amount Paid | $ 48,402.69 | 2,299.05 | | $ - | 12/1/2022 | 3,236.46 |

Post Petition Due Date $ 12/1/2022
Amount Due $ 2,299.05
Debtor Suspense $ 937.41

**OUTSTANDING Costs and FEES**



| Date | Amount | Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |